**STATE of Missouri, Respondent,**

v.

**Spencer A. ADAMS, Appellant.**

**No. WD 41459.**

Missouri Court of Appeals, Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

David S. Durbin, Appellate Defender, Western District, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of robbery in the second degree.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Terrance L. CLAYTON, Appellant.**

**No. WD 41111.**

Missouri Court of Appeals, Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

Sean D. O'Brien, Public Defender, Mary F. Clark, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM.

Defendant appeals from conviction of the class "A" felony of assault in the first degree under § 565.050.2, RSMo 1986, alleging error in denying his motion for judgment of acquittal at the close of the State's evidence because there was insufficient evidence to submit the case to the jury.

Judgment affirmed. Rule 30.25(b).